■ Roby Triplett et al., Respondents, v City of Mount Vernon, Appellant.—In an action to recover damages for personal injuries, etc., defendant appeals, as limited by its brief, from so much of an order of the Supreme Court, Westchester County (Nicolai, J.), dated April 1, 1985, as, upon granting renewal of its motion for summary judgment dismissing the complaint, adhered to the original determination denying the motion.

Order affirmed insofar as appealed from, with costs.

Our review of the record indicates that there is a triable issue of fact as to when certain repairs were allegedly done on the sidewalk upon which plaintiff Angelina Lillian Triplett purportedly fell. Accordingly, the denial of defendant's motion for summary judgment was proper. Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.

■ Henry Vargas, Appellant, v "Jane" Fitzgerald et al., Defendants, and Varsity Transit, Inc., Respondent.—In a defamation action, plaintiff appeals, as limited by his brief, from so much of an order of the Supreme Court, Queens County (Buschmann, J.), dated March 28, 1984, as, upon the dismissal of plaintiff's complaint pursuant to the motion of defendant Varsity Transit, Inc., denied plaintiff's cross motion for leave to amend the complaint following discovery. The appeal brings up for review an order of the same court dated July 27, 1984, which denied plaintiff's motion, which was, in effecte for renewal.

Order dated March 28, 1984, affirmed insofar as appealed from, without costs or disbursements, for reasons stated by the late Justice Buschmann at Special Term.

Order dated July 27, 1984, affirmed, without costs or disbursements. No opinion. Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.